B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Michigan | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gentner, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**38-3354942** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9685 W. Michigan Ave.**<br>**Saline, MI**<br>ZIP Code **48176** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Washtenaw** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  *** Mark H. Shapiro, Esq. P43134 ***

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Gentner, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) ||| 
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Gentner, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Mark H. Shapiro, Esq.**
Signature of Attorney for Debtor(s)

**Mark H. Shapiro, Esq. P43134**
Printed Name of Attorney for Debtor(s)

**Steinberg Shapiro & Clark**
Firm Name

**25925 Telegraph Rd.**
**Suite 203**
**Southfield, MI 48033-2518**
Address

shapiro@steinbergshapiro.com

**248-352-4700  Fax: 248-352-4488**
Telephone Number

**July 6, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ William Gentner**
Signature of Authorized Individual

**William Gentner**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 6, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Gentner, Inc.**, Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **William Gentner**<br>**620 Egan Highway**<br>**Brooklyn, MI 49230** | **Common** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **July 6, 2011**

Signature **/s/ William Gentner**
**William Gentner**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

1st Source Bank
PO Box 783
South Bend, IN 46624


Aggregate Carriers of Michigan
PO Box 100
Farmington, MI 48332-0100


Airgas Great Lakes
PO Box 802576
Chicago, IL 60680-2576


Ann Arbor Sand & Gravel
2947 Greenfield Road
Melvindale, MI 48122


Ann Arbor Welding Supply
4811 Carpenter Road
Ypsilanti, MI 48197-9609


Arrow Parts, Inc.
United Bank & Trust
PO Box 248
Tecumseh, MI 49286


B & B Lawn Care
7632 E. Monroe Road
Tecumseh, MI 49286


Bauer-Ford Reclamation
Oakland Center
809 Center Street, Suite 1
Lansing, MI 48906


Belle Tire Distributors
(Dept. #641612)
PO Box 64000
Detroit, MI 48264-1612


Bull Run Media LLC
4927 Auburn Avenue
Suite #300
Bethesda, MD 20814

Castle Enterprise
49910 Joy Road
Plymouth, MI 48170


Caterpillar Financial Serv.
001-0557710-000
PO Box 730669
Dallas, TX 75373-0669


Central States SE and SW Areas Pens Fund
9377 W. Higgins Road
Rosemont, IL 60018-4938


Cleveland Crane & Shovel
26781 Cannon Road
Bedford, OH 44146


Clinton Township
Clinton Township Treasurer
172 W. Michigan Ave. Box G
Clinton, MI 49236


Contractors Steel Company
PO Box 3364
Livonia, MI 48151


CTE Sand & Gravel, Inc.
PO Box 588
Clinton, MI 49236


D & L Equipment, Inc.
3203 Brooklyn Road
Jackson, MI 49203


Denniss Portable Toilets LLC
12440 Ida-Center Road
Ida, MI 48140


DISH Network
Dept. 0063
Palatine, IL 60055-0063


Equipcard A.I.S.
Dept CH 10460
Palatine, IL 60055-0460

Ervin Leasing
3893 Research Park Drive
Ann Arbor, MI 48108


ExxonMobil/GECC
PO Box 688938
Des Moines, IA 50368-8938


Fastenal Company
PO Box 978
Winona, MN 55987-0978


First Federal Bank
PO Box 248
Defiance, OH 43512


GM Business Card
PO Box 94014
Palatine, IL 60094-4014


Goofy's Car Wash
660 E. Michigan Ave.
Saline, MI 48176


Great Lakes Scale Co.
15231 E. Ten Mile Road
Eastpointe, MI 48021-1009


Hall Industrial Co.
6551 Wales Road
Northwood, OH 43619


Hanson Aggregates, Inc.
23583 Network Place
Chicago, IL 60673-1235


Harmon Glass Doctor
31625 8 Mile Road
Livonia, MI 48152


Harold Nelson Esq
Nantz Litowich Smith Girard & Hamilton
2025 E. Beltline SE
Ste. 600
Grand Rapids, MI 49546

Highway Permits
PO Box 27296
Lansing, MI 48909-7296


Idearc Media Corp.
Supermedia LLC
PO Box 619009
Dallas, TX 75267-9009


Jefferson Machine Company
954 Route 119
Punxsutawney, PA 15767


Jeffery A. Stickney D.O.P.C.
Worksphere Occupational Med.
5449 South Occidental Hwy.
Tecumseh, MI 49286


John Potvin Esq
Plunkett Cooney
10 South Main St. Ste 400
Mount Clemens, MI 48043


Jeff Johnson Esq
May Oberfell Lorber
4100 Edison Lakes Parkway
Ste. 100
Mishawaka, IN 46545


Kopchick & Lopiccolo, P.C.
5700 Crooks Suite 440
Troy, MI 48098


Lee Wayne Corporation
5140 Paysphere Circle
Chicago, IL 60674


Lenawee Fuels, Inc.
Commercial Bulk (50032)
PO Box 337
Tecumseh, MI 49286-0337


The Mannik & Smith Group, Inc.
1800 Indian Wood Circle
Maumee, OH 43537

Christopher McNeely Esq
Mittlestadt & McNeely PC
1700 W Hamlin Road
Ste. 100
Rochester, MI 48309


Christopher E. McNeely Esq
Mittelstadt and McNeely PC
1700 W Hamlin Road
Ste. 100
Rochester, MI 48309


Mercantile Bank of Michigan
5610 Byron Center Ave. SW
Wyoming, MI 49519


Mercantile Bank of Michigan
325 W. Eisenhower Parkway
Ann Arbor, MI 48103


Michigan Aggregates Ass'n
215 North Walnut Street
Lansing, MI 48933


Michigan CAT
PO Box 77576
Department #77000
Detroit, MI 48277-0576


Midwest Mine Services, LLC
PO Box 96
Genoa, OH 43430


Mine Safety & Health Admin.
PO Box 790390
Saint Louis, MO 63179-0390


Pac-Van, Inc.
Lockbox 773781
3781 Solutions Center
Chicago, IL 60677-3007


Pitney Bowes
Global Financial Services LLC
PO Box 371887
Pittsburgh, PA 15250-7887

R Smith & Sons, Inc.
3641 108th Avenue
Allegan, MI 49010


R. A. Equipment
3641 108th Avenue
Allegan, MI 49010


Rare Tool, Inc.
300 E. Russell Rd.
Tecumseh, MI 49286


Safety Kleen Corp.
PO Box 382066
Pittsburgh, PA 15250


Schaedler Enterprises
1831 E. Manhattan Blvd.
Toledo, OH 43608


Shrader Tile & Oil
PO Box 5407
Toledo, OH 43613


Site Services, Inc.
4248 W. Saginaw Highway
Grand Ledge, MI 48837


South Huron Industrial, Inc.
27903 Cooke
Flat Rock, MI 48134


Southwest Brake & Parts, Inc.
48129 West Road
Wixom, MI 48393


Spectrum Printers, Inc.
PO Box 161
400 E. Russell Rd.
Tecumseh, MI 49286


Stoneco of Michigan
2575 S. Haggerty Rd.
Suite 100
Canton, MI 48188

Stratton's Landscape & Maintenance
3103 N. Adrian Hwy.
Adrian, MI 49221


Sudzy Duz It Car Wash
1360 West Chicago Blvd.
Tecumseh, MI 49286


Sullivan & Leavitt PC
22375 Haggerty Road
PO Box 5490
Northville, MI 48167-5490


Superior Turbo & Injection
3745 Central Avenue
Detroit, MI 48210


Tecumseh Plywood
2800 West Chicago Blvd.
Tecumseh, MI 49286


Test America Laboratories
Dept 2314
PO Box 122314
Dallas, TX 75312-2314


Tire Max
2555 Dorr Street
Toledo, OH 43607


TLC  Community Credit Union
PO Box 927
Adrian, MI 49221


Wells Fargo Bank, NA
Equipment Finance
PO Box 1450
Minneapolis, MN 55485


West Equipment
1545 East Broadway
Toledo, OH 43605

William and Marjorie Gentner
680 Egan Highway
Brooklyn, MI 49230

Wolverine Tractor & Equipment
PO Box 73939
Cleveland, OH 44193