B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Michigan

In re **Gentner, Inc.**
                                                                 Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **1st Source Bank**<br>**PO Box 783**<br>**South Bend, IN 46624** | **1st Source Bank**<br>**PO Box 783**<br>**South Bend, IN 46624** | **Trucks and trailers. See attached Exhibit B-25** | | **2,445,176.88**<br><br>**(1,072,500.00 secured)** |
| **Ann Arbor Sand & Gravel**<br>**2947 Greenfield Road**<br>**Melvindale, MI 48122** | **Ann Arbor Sand & Gravel**<br>**2947 Greenfield Road**<br>**Melvindale, MI 48122** | **Trade Debt** | | **22,865.35** |
| **Belle Tire Distributors**<br>**(Dept. #641612)**<br>**PO Box 64000**<br>**Detroit, MI 48264-1612** | **Belle Tire Distributors**<br>**(Dept. #641612)**<br>**PO Box 64000**<br>**Detroit, MI 48264-1612** | **Trade Debt** | | **34,584.86** |
| **Castle Enterprise**<br>**49910 Joy Road**<br>**Plymouth, MI 48170** | **Castle Enterprise**<br>**49910 Joy Road**<br>**Plymouth, MI 48170** | **Trade Debt** | | **10,080.00** |
| **Caterpillar Financial Serv.**<br>**001-0557710-000**<br>**PO Box 730669**<br>**Dallas, TX 75373-0669** | **Caterpillar Financial Serv.**<br>**001-0557710-000**<br>**PO Box 730669**<br>**Dallas, TX 75373-0669** | **Trade Debt** | | **10,320.16** |
| **Central States SE and SW Areas Pens Fund**<br>**9377 W. Higgins Road**<br>**Rosemont, IL 60018-4938** | **Central States SE and SW Areas Pens Fund**<br>**9377 W. Higgins Road**<br>**Rosemont, IL 60018-4938** | **Potential liability for withdrawal liability of related entity.** | **Contingent Unliquidated** | **2,030,312.39** |
| **Clinton Township**<br>**Clinton Township Treasurer**<br>**172 W. Michigan Ave. Box G**<br>**Clinton, MI 49236** | **Clinton Township**<br>**Clinton Township Treasurer**<br>**172 W. Michigan Ave. Box G**<br>**Clinton, MI 49236** | **Trade Debt** | | **11,799.20** |
| **Equipcard A.I.S.**<br>**Dept CH 10460**<br>**Palatine, IL 60055-0460** | **Equipcard A.I.S.**<br>**Dept CH 10460**<br>**Palatine, IL 60055-0460** | **Trade Debt** | | **12,225.52** |
| **First Federal Bank**<br>**PO Box 248**<br>**Defiance, OH 43512** | **First Federal Bank**<br>**PO Box 248**<br>**Defiance, OH 43512** | **Trucks and trailers. See attached Exhibit B-25** | | **2,713,457.68**<br>**(1,072,500.00 secured)**<br>**(2,445,176.88 senior lien)** |
| **GM Business Card**<br>**PO Box 94014**<br>**Palatine, IL 60094-4014** | **GM Business Card**<br>**PO Box 94014**<br>**Palatine, IL 60094-4014** | **Trade Debt** | | **32,544.92** |

B4 (Official Form 4) (12/07) - Cont.

In re **Gentner, Inc.** Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Jefferson Machine Company**<br>**954 Route 119**<br>**Punxsutawney, PA 15767** | **Jefferson Machine Company**<br>**954 Route 119**<br>**Punxsutawney, PA 15767** | **Trade Debt** | | **59,919.74** |
| **Lenawee Fuels, Inc.**<br>**Commercial Bulk (50032)**<br>**PO Box 337**<br>**Tecumseh, MI 49286-0337** | **Lenawee Fuels, Inc.**<br>**Commercial Bulk (50032)**<br>**PO Box 337**<br>**Tecumseh, MI 49286-0337** | **Trade Debt** | | **628,637.08** |
| **Mercantile Bank of Michigan**<br>**5610 Byron Center Ave. SW**<br>**Wyoming, MI 49519** | **Mercantile Bank of Michigan**<br>**5610 Byron Center Ave. SW**<br>**Wyoming, MI 49519** | **Letter of Credit on Bond** | | **865,566.96** |
| **Michigan CAT**<br>**PO Box 77576**<br>**Department #77000**<br>**Detroit, MI 48277-0576** | **Michigan CAT**<br>**PO Box 77576**<br>**Department #77000**<br>**Detroit, MI 48277-0576** | **Trade Debt** | | **114,308.97** |
| **Mine Safety & Health Admin.**<br>**PO Box 790390**<br>**Saint Louis, MO 63179-0390** | **Mine Safety & Health Admin.**<br>**PO Box 790390**<br>**Saint Louis, MO 63179-0390** | **Trade Debt** | | **15,102.00** |
| **R Smith & Sons, Inc.**<br>**3641 108th Avenue**<br>**Allegan, MI 49010** | **R Smith & Sons, Inc.**<br>**3641 108th Avenue**<br>**Allegan, MI 49010** | **Trade Debt** | | **11,603.40** |
| **Southwest Brake & Parts, Inc.**<br>**48129 West Road**<br>**Wixom, MI 48393** | **Southwest Brake & Parts, Inc.**<br>**48129 West Road**<br>**Wixom, MI 48393** | **Trade Debt** | | **23,525.13** |
| **Stoneco of Michigan**<br>**2575 S. Haggerty Rd.**<br>**Suite 100**<br>**Canton, MI 48188** | **Stoneco of Michigan**<br>**2575 S. Haggerty Rd.**<br>**Suite 100**<br>**Canton, MI 48188** | **Trade Debt** | | **19,988.63** |
| **Sullivan & Leavitt PC**<br>**22375 Haggerty Road**<br>**PO Box 5490**<br>**Northville, MI 48167-5490** | **Sullivan & Leavitt PC**<br>**22375 Haggerty Road**<br>**PO Box 5490**<br>**Northville, MI 48167-5490** | **Trade Debt** | | **34,542.18** |
| **Tire Max**<br>**2555 Dorr Street**<br>**Toledo, OH 43607** | **Tire Max**<br>**2555 Dorr Street**<br>**Toledo, OH 43607** | **Trade Debt** | | **37,130.50** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 6, 2011** Signature **/s/ William Gentner**
**William Gentner**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.